UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SHAPE CORP.

      Plaintiff,                    Hon. Gordon J. Quist

vs.                                   Case No. 1:11-cv-00429

AFFORDABLE INTERIOR SYSTEMS, INC.

      Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto, by and through their respective counsel, stipulate to the dismissal with prejudice of Shape Corp.'s claims asserted in this action.

The parties shall be responsible for their own respective costs, fees and expenses.

| **WARNER NORCROSS & JUDD LLP** | **FOLEY & LARDNER LLP** |
|---|---|
| s/ James Moskal | s/ Ryan S. Bewersdorf |
| James Moskal (P41885) | Ryan S. Bewersdorf (P66411) |
| 111 Lyon St. NW, Suite 900 | One Detroit Center |
| Grand Rapids, MI 49503 | 500 Woodward Ave., Suite 2700 |
| (616) 752-2000 | Detroit, Michigan 48226 |
| jmoskal@wnj.com | (313) 234-7100 |
|  | rbewersdorf@foley.com |
| *Attorneys for Shape Corp.* | *Attorneys for Affordable Interior Systems, Inc.* |