AO 120 (Rev. 3/2004)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Michigan__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>1:11-cv-00429 | DATE FILED<br>04/28/2011 | U.S. DISTRICT COURT<br>Western District of Michigan - at Grand Rapids |
|---|---|---|
| PLAINTIFF<br><br>Shape Corp. | | DEFENDANT<br><br>Affordable Interior Systems Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5, 625, 991 | 5/6/1997 | Shape Corporation |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| Stipulation of dismissal, see docket number [14] |

| CLERK<br>TRACEY CORDES | (BY) DEPUTY CLERK<br>By /s/ A. Doezema | DATE<br>12/21/2011 |
|---|---|---|

-Continued on Page 2-

AO 120 (Continuation Page - MIWD 1/08)

| DOCKET NO. | 1:11-cv-00429 |
|---|---|

DECISION/JUDGMENT CONTINUED